UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MICHAEL WILHELM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:07-CV-178 |
| ) | Case No. 1:09-CV-94 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On September 2, 2011, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Case No. 1:07-CV-178, Court File No. 21; Case No. 1:09-CV-94, Court File No. 32). Neither party objected to the R&R within the given fourteen days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations (Case No. 1:07-CV-178, Court File No. 21; Case No. 1:09-CV-94, Court File No. 32). Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b)(1) (Case No. 1:07-CV-178, Court File No. 20; Case No. 1:09-CV-94, Court File No. 31). The Court awards Plaintiff's counsel $10,725.00 in fees. However, because the Court finds $4,530.30 of previously granted fees under the Equal Access to Justice Act must be credited to Plaintiff, Plaintiff's counsel will receive a total fee award of $6,194.70.

**SO ORDERED.**

**ENTER:**

/s/ _____

**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**